

Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summer town, TN 38483
Telephone: (931) 964-3123
Fax: (931) 964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY F. COLSON,                                          CV 05-6380-MA

        Plaintiff,

    v.                                             ORDER FOR ATTORNEY FEES

JO ANNE B. BARNHART
Commissioner of Social Security,

        Defendant.

_____

     Based upon the stipulation of the parties, the Commissioner is ordered to pay

$4,406.17 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of

Plaintiff's attorney . No costs are awarded to either party..

     It is so ordered:

                              DATED *12/5/06*

                                        _Malcolm F. Marsh_
                                      United States District Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff